ISAAC M. SWASEY, Appellant, *v.* MARY A. BERGER, Respondent.

(Argued October 27, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1888, which affirmed a judgment in favor of defendant entered upon the report of a referee.

This action was brought to recover for services alleged to have been rendered by plaintiff, a physician, upon employment as an expert by defendant in procuring and advising about medical evidence upon the probate of a will which was

contested by defendant, on the ground of the mental incapac-
ity of the testator.    The employment was denied by defendant,
and the referee found in his favor, upon testimony held by
this court, after a full and careful analysis thereof, to be suf-
ficient to sustain the finding

> *J. L. Bennett* for appellant.

> *Scott Lord* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed. _____